**BECKER LLC**
Michael E. Holzapfel, Esq. (031022002)
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 251-8943
meholzapfel@becker.legal
Attorneys for Defendant
Horizon Blue Cross Blue Shield of New Jersey

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNIVERSITY SPINE CENTER, on assignment of Felix F., <br><br> Plaintiff, <br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, <br><br> Defendant. | Civil Case No.: 2:17-cv-08079 (ES) (CLW) <br><br><br><br> **NOTICE OF MOTION TO DISMISS** |

  **PLEASE TAKE NOTICE** that on Tuesday, January 2, 2018, at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Horizon Blue Cross Blue Shield of New Jersey shall move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey 07101, for an order dismissing Plaintiff's complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

  **PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the accompanying brief and certification in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

>	BECKER LLC
>	Attorneys for Defendant
>
>	By:	/s/ *Michael E. Holzapfel, Esq.*
>		Michael E. Holzapfel

Dated: November 28, 2017