CALLAGY LAW, P.C.
Daniel C. Nowak, Esq.
650 From Road, Suite 565
Paramus, New Jersey 07652
(201) 261-1700
Attorneys for Plaintiff, *University Spine Center*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNIVERSITY SPINE CENTER on assignment of Felix F., <br><br>       Plaintiff, <br><br>       v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, <br><br>       Defendant. | Civil Action No.: 2:17-cv-8079-ES-CLW <br><br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, University Spine Center and Defendant, Horizon Blue Cross Blue Shield of New Jersey, through their undersigned counsel, that Horizon Blue Cross Blue Shield of New Jersey is hereby dismissed from the above-captioned civil action entirely without prejudice and without attorney's fees and costs against any party.

Dated: December 29, 2017

| **CALLAGY LAW, P.C.** | **BECKER, LLC** |
|---|---|
| _s/ Daniel C. Nowak, Esq._____ <br> Daniel C. Nowak, Esq. <br> Attorneys for Plaintiff | _s/ Michael E. Holzapfel, Esq._____ <br> Michael E. Holzapfel, Esq. <br> Attorneys for Defendant |